UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                    CIVIL ACTION NO.

HOWARD NIXON AND
KEINA NIXON

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES

The United States of America, on behalf of its agency, the United States Department of the Treasury, Internal Revenue Service, and through the undersigned attorney, avers to this Court as follows:

1.

This is a proceeding brought pursuant to 26 U.S.C. § 7604(b) to judicially enforce Internal Revenue Service summonses. This Court has jurisdiction over these proceedings under 26 U.S.C. §§ 7402(b) and 7604(a).

2.

Christian R. Watts is a duly commissioned Revenue Agent employed by the Internal Revenue Service in its offices located at 2600 Citiplace Ct., Ste. 375, Baton Rouge, Louisiana, and is authorized to issue Internal Revenue Service summonses pursuant to 26 U.S.C. 7602(a)(2), and Treasury Regulation 26 C.F.R. 301.7602-1(b)(1).

3.

The respondents, Howard Nixon and Keina Nixon, husband and wife, reside or may be found at 4210 Jacquelyn Drive, Baker, Louisiana, within the jurisdiction of this Court.

4.

Revenue Agent Christian R. Watts is conducting an investigation into the federal income tax liability of Howard Nixon and Keina Nixon for tax year 2011, as set forth in the Declaration of Revenue Officer Watts attached hereto as Exhibit A.

5.

The respondents, Howard Nixon and Keina Nixon, are in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6.

On June 13, 2013, Revenue Officer Christian R. Watts issued two Internal Revenue Service summons.   One summons was issued to respondent, Howard Nixon.   The other summons was issued to respondent, Keina Nixon.   Each summons directed the respondent to whom it was issued to appear before Revenue Officer Christian R. Watts on June 28, 2013, at 9:00 a.m. to testify and to produce the books, records, and other documents demanded in the summons. An attested copy of the summons was left at the last and usual place of abode of the respondents by Revenue Officer Christian R. Watts, on June 13, 2013.   A true copy of each summons and the related certificate of service are attached to this petition as Exhibit A, Attachments 1 and 2.

7.

The summonses which were issued to the respondents required them to appear, testify, and produce records relating to their tax liability for years 2010 and 2011.   After issuing the summonses, Revenue Agent Watts terminated her investigation into the respondents' tax liability for year 2010.   Consequently, the United States seeks judicial enforcement of the summonses

only to the extent that they require the respondents to appear, testify, and produce records relating to their tax liability for tax year 2011.

8.

On June 28, 2013, the respondents, Howard Nixon and Keina Nixon, did not appear in response to the summonses.   Respondents' refusal to comply with the summonses continues to date as set forth in the Declaration of Revenue Officer Christian R. Watts attached hereto as Exhibit A.

9.

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service except for W-2 and 1099 information which is not sufficient to permit the Internal Revenue Service to complete its investigation into the respondents' tax liability.

10.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

11.

It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summonses in order to properly investigate the federal income tax liability of Howard Nixon and Keina Nixon for the tax year 2011, as is evidenced by the Declaration of Christian R. Watts attached hereto and incorporated herein as part of this petition.

3

WHEREFORE, petitioner respectfully prays:

I.   That the Court issue an order directing the respondents, Howard Nixon and Keina Nixon, to show cause, if any, why they should not comply with and obey the aforementioned summonses and each and every requirement thereof pertaining to the 2011 tax year.

II.   That following a show cause hearing, the Court enter an order directing the respondents, Howard Nixon and Keina Nixon, to obey the aforementioned summonses and each and every requirement thereof pertaining to the 2011 tax year by providing the attendance, testimony, and production of books, papers, records, or other data as required and called for by the terms of the summonses before Revenue Officer Christian R. Watts or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Christian R. Watts, or any other proper officer or employee of the Internal Revenue Service.

III.   That the Court grant such other and further relief as is just and proper.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY


/s/ John J. Gaupp
John J. Gaupp, LBN 14976
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana   70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: john.gaupp@usdoj.gov

4