UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DECLARATION**

I, Christian R. Watts, hereby make the following declaration pursuant to Title 28, United States Code, Section 1746, for use in judicial proceedings to enforce compliance with summonses issued under the internal revenue laws:

1.

I am a duly commissioned Revenue Agent employed by the Internal Revenue Service in its offices located at 2600 Citiplace Ct., Ste. 375, Baton Rouge, LA 70808.

2.

In my capacity as a Revenue Agent, I am conducting an investigation into the income tax liability of the respondents, Howard Nixon and Keina Nixon for tax year 2011. The records on the Internal Revenue Service reflect that the respondents are married to each other.

3.

In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on June 13, 2013 an administrative summons, Internal Revenue Service Form 2039, to Howard Nixon to appear at my office on June 28, 2013 and give testimony and produce for examination books, papers, records, and other data as described in said summons. A true and accurate copy of the summons, including the *Service of Summons, Notice and Recordkeeper Certificates*, which I executed regarding the service of the summons, is attached hereto as Attachment 1.

4.

Also in furtherance of my investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on June 13, 2013 an administrative summons, Internal Revenue Service Form 2039, to Keina Nixon to appear at my office on June 28, 2013 and give testimony and produce for examination books, papers, records, and other data as described in said summons. A true and accurate copy of that summons, including the *Service of Summons, Notice and Recordkeeper*

**EXHIBIT A**

*Certificates*, which I executed regarding the service of that summons, is attached hereto as Attachment 2.

5.

The summonses which I issued to the respondents to appear, testify, and produce records relating to their tax liability for years 2010 and 2011. After issuing the summonses, I terminated my investigation into the respondents' tax liability for year 2010. Consequently, I seek judicial enforcement of the summonses only to the extent that they require the respondents to appear, testify, and produce records relating to their tax liability for tax year 2011.

6.

In accordance with Sections 7603 of Title 26, U.S.C., on June 13, 2013 I served attested copies of both summonses described in paragraphs 3 and 4 above on Howard Nixon and Keina Nixon by placing them in the door jamb at 4210 Jacquelyn Drive, Baker, Louisiana, the respondents' last and usual place of abode, as evidenced in the *Service of Summons, Notice and Recordkeeper Certificates*, true copies of which are attached to this declaration as the second pages of Attachments 1 and 2. At the time that I served the summonses, the Jacquelyn Drive address was the most recent address for the respondents reflected in the Internal Revenue Service's system of records. I have since confirmed the address by matching it to the address information reflected by the respondents in their 2012 income tax return.

7.

On June 28, 2013, neither Howard Nixon nor Keina Nixon appeared in response to the summonses. Their failure to comply with the summonses continues to the date of this declaration.

8.

The books, papers, records, or other data sought by the summonses are not already in the possession of the Internal Revenue Service, except for W-2 and 1099 information which is not sufficient to permit the me to complete my investigation into the respondents' income tax liability

9.

All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

2

10.

It is necessary to obtain the testimony and to examine the books, papers, records, and other data described in the summonses in order to properly investigate the federal income tax liability of Howard Nixon and Keina Nixon for tax year 2011.

11.

No Justice Department referral is in effect, as defined by 26 U.S.C. Section 7602(d)(2), with respect to Howard Nixon or Keina Nixon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of January, 2014 in Baton Rouge, Louisiana.

*[signature]*
Christian R. Watts



# Summons

In the matter of  HOWARD NIXON
Internal Revenue Service (Division):  Small Business/Self Employed
Industry/Area (name or number):  Gulf States/SBSE:1335/Examination
Periods:  CALENDAR YEAR(S) ENDING 2010 AND 2011

## The Commissioner of Internal Revenue

**To:** HOWARD NIXON
**At:** 4210 JACQUELYN DR., BAKER, LA  70714

You are hereby summoned and required to appear before  Christian R. Watts, Revenue Agent # 1000595211
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of income to for the years 2010 through 2011, including, but not limited to:

1. All monthly statements, canceled checks, deposit items, and deposit slips for all checking and/or savings accounts maintained during the periods listed, whether open or closed (this includes the 1 month preceding the years listed above and the 1 month following the years listed above).
2. Copies of any applications for loans or mortgages made during the periods listed, including net worth statements.
3. Copies of monthly statements for any credit cards maintained with any financial institutions during the above periods.
4. All paperwork detailing the amount of gross receipts reported on the Scedule C.
5. Substantiation for the expenses taken on the Schedule C.
6. Substantiation for any other income items reported on the tax return for the years listed above.

The above information is requested for all accounts whether maintained separately or jointly, and for accounts maintained under any other names over which any of the above named individuals maintained signature authority.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
2600 CitiPlace Ct., Suite 375, Baton Rouge, LA  70808  ( 225) 923-4185

**Place and time for appearance at**  Internal Revenue Service  2600 CitiPlace Ct., Suite 375, Baton Rouge, LA  70808

2600 CitiPlace Ct., Suite 375, Baton Rouge, LA  70808
on the  28th  day of  JUNE , 2013  at  9  o'clock  A  m.
Issued under authority of the Internal Revenue Code this  13th  day of  JUNE , 2013 .

_Signature of issuing officer_ — Revenue Agent (Title)
_Signature of approving officer (if applicable)_ — Group Manager (Title)

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Case 3:14-cv-00054-SDD-RLB   Document 1-1   01/27/14   Page 4 of 7
ATTACHMENT 1
Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 6/13/13 | 10:50 Am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: HOWARD NIXON 4210 JACQUELYN DR., BAKER, LA 70714

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 6/13/13   Time: 10:50

Name of Noticee: HOWARD NIXON

Address of Noticee (if mailed): 4210 JACQUELYN DR., BAKER, LA 70714

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☒ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |


# Summons

In the matter of KEINA NIXON
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): Gulf States/SBSE:1335/Examination
Periods: CALENDAR YEAR(S) ENDING 2010 AND 2011

## The Commissioner of Internal Revenue

**To:** KEINA NIXON
**At:** 4210 JACQUELYN DR., BAKER, LA 70714

You are hereby summoned and required to appear before Christian R. Watts, Revenue Agent # 1000595211 an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of income to for the years 2010 through 2011, including, but not limited to:

1. All monthly statements, canceled checks, deposit items, and deposit slips for all checking and/or savings accounts maintained during the periods listed, whether open or closed (this includes the 1 month preceding the years listed above and the 1 month following the years listed above).
2. Copies of any applications for loans or mortgages made during the periods listed, including net worth statements.
3. Copies of monthly statements for any credit cards maintained with any financial institutions during the above periods.
4. All paperwork detailing the amount of gross receipts reported on the Scedule C.
5. Substantiation for the expenses taken on the Schedule C.
6. Substantiation for any other income items reported on the tax return for the years listed above.

The above information is requested for all accounts whether maintained separately or jointly, and for accounts maintained under any other names over which any of the above named individuals maintained signature authority.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
2600 CitiPlace Ct., Suite 375, Baton Rouge, LA 70808 (225) 923-4185

Place and time for appearance at Internal Revenue Service 2600 CitiPlace Ct., Suite 375, Baton Rouge, LA 70808

2600 CitiPlace Ct., Suite 375, Baton Rouge, LA 70808

**IRS** on the 28th day of June, 2013 at 9 o'clock A m.
Issued under authority of the Internal Revenue Code this 13th day of June, 2013
(year)

Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer — Revenue Agent / Title
Signature of approving officer (if applicable) — Group Manager / Title

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 6/13/13 | 10:50 Am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: KEINA NIXON
4210 JACQUELYN DR., BAKER, LA 70714

Signature: _[signed]_     Title: Revenue Agent

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 6/13/13     Time: 10:50 Am

Name of Noticee: KEINA NIXON

Address of Noticee (if mailed): 4210 JACQUELYN DR., BAKER, LA 70714

**How Notice Was Given**

- ☐ I gave notice by certified or registered mail to the last known address of the noticee.
- ☑ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).
- ☐ I gave notice by handing it to the noticee.
- ☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.
- ☐ No notice is required.

Signature: _[signed]_     Title: Revenue Agent

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____     Title: _____